PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**          ) | |
| )                                     | |
| vs.                                   ) | **Docket Number: 1:05MJ00361-01 DLB** |
| )                                     | |
| **JOSHUA HAGER**                      ) | |
| )                                     | |

On January 10, 2007, the above-named was placed on probation for a period of 3 years. The defendant has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. It is noted that the United States Attorney's office had been contacted and has no objection to an early termination of probation.

Respectfully submitted,

/S/ Robyn A. Marrotian
**Robyn A. Marootian
Senior United States Probation Officer**

Dated:   09/02/2008
         Fresno, California
         RAM/mm

**REVIEWED BY:**      /s/ Hubert J. Alvarez
                     **Hubert J. Alvarez
                     Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:  JOSHUA HAGER**
   **Docket Number:   1:05MJ00361-01 DLB**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the defendant be discharged from probation, and that the proceedings in the case be terminated.

  16 September 2008                              /s/ *Dennis L. Beck*
**Date**                                         **Honorable Dennis L. Beck**
                                                 **United States Magistrate Judge**

DLB
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office